UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
TONY MARCUS,                         :
                                     :
            Petitioner,              :        04 Civ. 0064 (JSR)
                                     :
            -v-                      :              ORDER
                                     :
SUPT. JAMES CONWAY,                  :
                                     :
            Respondent.              :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 7-5-07
```

     On April 30, 2007, the Honorable Kevin N. Fox, United States
Magistrate Judge, issued a Report and Recommendation ("Report") in
the above-captioned case recommending that this petition for habeas
corpus be dismissed.

     After the Report issued, petitioner filed an objection dated May
8, 2007.  Having considered the matter de novo in light of this
objection, the Court finds itself in total agreement with the
reasoning set forth in the Report, which the Court hereby adopts by
reference (with the exception of one typographical error in the
Report which is hereby corrected[1]) and, for the reasons therein,
dismisses Marcus's habeas petition with prejudice.  In addition,
because petitioner has not made a substantial showing of the denial
of a constitutional right, a certificate of appealability will not
issue, see 28 U.S.C. § 2253, and the Court certifies pursuant to 28
U.S.C. § 1915(a)(3) that any appeal from this Order would not be
taken in good faith.  Moreover, as petitioner's claim lacks any

     [1] Specifically, the citation to Strickland v. Washington on
page 11 as "467 U.S. 1267, 104 S. Ct. 3562 (1984)" is hereby
amended to read "466 U.S. 668, 104 S. Ct. 668 (1984)."

arguable basis in law or fact, permission to proceed <u>in</u> <u>forma</u>
<u>pauperis</u> is also denied.   28 U.S.C. § 1915(g); <u>see also</u> <u>Seimon v.</u>
<u>Emigrant Savs. Bank (In re Seimon)</u>, 421 F.3d 167, 169 (2d Cir. 2005).
Clerk to enter judgment.

       SO ORDERED.

                                JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
           July 3, 2007

2